# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Breyer, Charles R. | 2. Court or Organization<br><br>U. S. Sentencing Commission | 3. Date of Report<br><br>4/25/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Commissioner | **5a. Report Type (check appropriate type)**<br><br>☑ Nomination, Date 04/25/2012<br>☐ Initial ☐ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>3/31/2012 |
| 7. Chambers or Office Address<br><br>US District Court, Northern District of California<br>450 Golden Gate Ave, 17th Fl<br>San Francisco, Ca, 94102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1 | Director | Berkeley Law UC Boalt Hall Alumni Association |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | University of California, Hastings College of the Law | $5,814.00 |
| 2. | 2010 | University of California, Hastings College of the Law | $5,814.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Salary - City Arts & Lectures, Inc |
| 2. | 2012 | Salary - City Arts & Lectures, Inc |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EXEMPT | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R. | 4/25/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1 EXEMPT | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Pacific Gas & Electric, common stock | B | Dividend | K | T | Exempt | | | | |
| 2. First Niagara Group common stock | A | Dividend | J | T | | | | | |
| 3. U.S. Bancorp, common stock | B | Dividend | L | T | | | | | |
| 4. U.C. Hastings Retirement Savings Plan | A | Dividend | J | T | | | | | |
| 5. Protective Life Insurance whole life plan | A | Dividend | M | T | | | | | |
| 6. Wells Fargo Bank cash accounts | A | Interest | K | T | | | | | |
| 7. Chase Bank cash accounts | A | Interest | J | T | | | | | |
| 8. IRA #1 | | | | | | | | | |
| 9. - Columbia Acorn | C | Dividend | L | T | | | | | |
| 10. - Fidelity Advantage Floating Rate High Inc | B | Dividend | M | T | | | | | |
| 11. - Fidelity Adv High Income | A | Dividend | M | T | | | | | |
| 12. - Third Avenue Int'l Fund | E | Dividend | L | T | | | | | |
| 13. - Blackrock Inflation Pro Bond Port | B | Dividend | N | T | | | | | |
| 14. - Global Macro Fund | A | Dividend | L | T | | | | | |
| 15. - Permanent Portfolio Fund | A | Dividend | L | T | | | | | |
| 16. - Northern Lights Fund | A | Dividend | K | T | | | | | |
| 17. - IShares MSCI EAFE Index | A | Dividend | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
   A = $1,000 or less   B = $1,001 - $2,500   C = $2,501 - $5,000   D = $5,001 - $15,000   E = $15,001 - $50,000
   F = $50,001 - $100,000   G = $100,001 - $1,000,000   H1 = $1,000,001 - $5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
   J = $15,000 or less   K = $15,001 - $50,000   L = $50,001 - $100,000   M = $100,001 - $250,000
   N = $250,001 - $500,000   O = $500,001 - $1,000,000   P1 = $1,000,001 - $5,000,000   P2 = $5,000,001 - $25,000,000
   P3 = $25,000,001 - $50,000,000   P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)
   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
   U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. – IShares Barclays Treasury Inflation | B | Dividend | N | T | | | | | |
| 19. – IShares TR MSCI Emerging Markets Index | A | Dividend | K | T | | | | | |
| 20. – IShares IBOXX $ Investor | C | Dividend | M | T | | | | | |
| 21. – IShares S&P North American Natural | A | Dividend | L | T | | | | | |
| 22. – IShares Tr Russell Midcap Index | A | Dividend | L | T | | | | | |
| 23. – IShares Tr Russell 1000 Growth Index | A | Dividend | N | T | | | | | |
| 24. – IShares TR Russell 2000 | A | Dividend | L | T | | | | | |
| 25. – Pimco Total Return | C | Dividend | M | T | | | | | |
| 26. – Templeton Global Bond | A | Dividend | M | T | | | | | |
| 27. – Vanguard Specialized Portfol Div App ETF | B | Dividend | N | T | | | | | |
| 28. – Fidelity Cash Reserves | A | Dividend | K | T | | | | | |
| 29. – Fidelity Cal Municipal Money Mkt Fund | A | Interest | K | T | | | | | |
| 30. – Vanguard Intermediate Term Muni Bond Fund | A | Dividend | J | T | | | | | |
| 31. IRA #2 | | | | | | | | | |
| 32. – Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 33. – Blackrock Inflation Protected Bond Portfolio | A | Dividend | K | T | | | | | |
| 34. – Columbia Acorn Fund | A | Dividend | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A = $1,000 or less
B = $1,001 - $2,500
C = $2,501 - $5,000
D = $5,001 - $15,000
E = $15,001 - $50,000
F = $50,001 - $100,000
G = $100,001 - $1,000,000
H1 = $1,000,001 - $5,000,000
H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less
K = $15,001 - $50,000
L = $50,001 - $100,000
M = $100,001 - $250,000
N = $250,001 - $500,000
O = $500,001 - $1,000,000
P1 = $1,000,001 - $5,000,000
P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000
P4 = More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal
R = Cost (Real Estate Only)
S = Assessment
T = Cash Market
U = Book Value
V = Other
W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R. | 4/25/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - Primecap Odyssey Growth | A | Dividend | J | T | | | | | |
| 36. - Global Macro Fund | A | Dividend | J | T | | | | | |
| 37. - Permanent Portfolio Fund | A | Dividend | J | T | | | | | |
| 38. - Select American Shares | A | Dividend | J | T | | | | | |
| 39. - IShares TR Barclay USAGG B | A | Dividend | K | T | | | | | |
| 40. - IShares Barclay TIPS BD | A | Dividend | K | T | | | | | |
| 41. - VanguardSpecialized Portfol Div App ETF | A | Dividend | K | T | | | | | |
| 42. - IShares TR IBOXX INV CPBD | A | Dividend | K | T | | | | | |
| 43. - IShares TR MSCI EAFE Index | A | Dividend | J | T | | | | | |
| 44. - IShares TR MSCI EMERG MKT | A | Dividend | J | T | | | | | |
| 45. - IShares TR Russell 2000 | A | Dividend | J | T | | | | | |
| 46. - IShares TR Russell MidCap | A | Dividend | J | T | | | | | |
| 47. - IShares TR Russell 1000GRW | A | Dividend | K | T | | | | | |
| 48. - IShares TR S&P NA NAT RES | A | Dividend | J | T | | | | | |
| 49. - PIMCO Total Return | A | Dividend | K | T | | | | | |
| 50. - Templeton Global Bond Fund-Class A | A | Dividend | K | T | | | | | |
| 51. - Third Avenue International Value Fund | A | Dividend | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and C3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R. | 4/25/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Notes

1. All dividends (both regular and capital gain) were reinvested for the mutual funds shown on Part VII which results in a minor increase in the number of shares held.

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R. | 4/25/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | | |
|---|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 13 | 510 | Notes payable to banks-secured | | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | | |
| Listed securities – see schedule | 3 | 369 | 454 | Notes payable to relatives | | | | |
| Unlisted securities | | | | Notes payable to others | | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | | |
| Due from others | | | | Other unpaid income and interest | | | | |
| Doubtful | | | | Real estate mortgages payable – personal residence | | | 370 | 970 |
| Real estate owned – see schedule | 5 | 400 | 000 | Chattel mortgages and other liens payable | | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | | |
| Autos and other personal property | | 60 | 000 | Auto loan | | | 35 | 558 |
| Cash value-life insurance | | 171 | 109 | Home equity line of credit | | | 62 | 693 |
| Other assets itemize: | | | | | | | | |
| U.C. Hastings Retirement Savings Plan | | 4 | 487 | | | | | |
| | | | | | | | | |
| | | | | Total liabilities | | | 469 | 221 |
| | | | | Net Worth | | 8 | 549 | 339 |
| Total Assets | 9 | 018 | 560 | Total liabilities and net worth | | 9 | 018 | 560 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | | |
| Provision for Federal Income Tax | | | | | | | | |
| Other special debt | | | | | | | | |